JOSEPH F. KULHANEK, APPELLEE, V.
EVELYN M. KULHANEK, APPELLANT.

315 N.W.2d 262

Filed January 29, 1982. No. 43752.

Sidner, Svoboda, Schilke, Wiseman & Thomsen for appellant.

Lawrence H. Yost of Yost, Schafersman, Yost, Lamme & Hillis for appellee.

Heard before BOSLAUGH, McCOWN, CLINTON, and BRODKEY, JJ., and DeBACKER, District Judge.

PER CURIAM.

The instant appeal involves a domestic relations matter.

The court, having reviewed the record in this case de novo, agrees with the result reached by the trial court. The judgment is affirmed.

AFFIRMED.